Filed 1/9/24  P. v. Snedigar CA3

NOT TO BE PUBLISHED

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Nevada)

----

| | |
|---|---|
| THE PEOPLE, | C097643 |
| Plaintiff and Respondent, | (Super. Ct. No. CR0000641) |
| v. | |
| WILLIAM JOHN SNEDIGAR, | |
| Defendant and Appellant. | |

Appointed counsel for defendant William John Snedigar filed an opening brief that sets forth the facts of the case and asks this court to review the record and determine whether there are any arguable issues on appeal.  (*People v. Wende* (1979) 25 Cal.3d 436.)  After independently examining the record, we shall affirm.

## I.  BACKGROUND

In the summer of 2022, defendant vandalized the victim's car.  Defendant slashed the tires and threw rocks at the car, damaging the windshield and body of the car.  The

1

People charged defendant with maliciously damaging real or personal property valued in excess of $400 (Pen. Code, § 594, subd. (a)) and alleged defendant's prior convictions were numerous or increasing in seriousness (Cal. Rules of Court, rule 4.421(b)(2)). A jury found defendant guilty as charged, and the trial court found true beyond a reasonable doubt the sentencing enhancement allegation.

The trial court subsequently sentenced defendant to two years and split the term; defendant would serve eight months under mandatory supervision. The trial court ordered defendant to pay fines and fees and awarded him 201 days of custody credit. The trial court issued a restraining order and ordered defendant to participate in an outpatient treatment program once he completed his sentence.

Defendant appeals.

## II. DISCUSSION

We appointed counsel to represent defendant on appeal. Counsel filed an opening brief setting forth the facts of the case and asking this court to review the record and determine whether there are any arguable issues on appeal. (*People v. Wende, supra*, 25 Cal.3d 436.) Counsel advised defendant of his right to file a supplemental brief within 30 days of the date of filing of the opening brief. More than 30 days elapsed, and we received no communication from defendant.

Having examined the record, we find no arguable error that would result in a disposition more favorable to defendant.

## III.  DISPOSITION

The judgment is affirmed.

/S/

_____

RENNER, J.

We concur:

/S/

_____

HULL, Acting P. J.

/S/

_____

MESIWALA, J.

3